JUDGE FRANK MONTALVO

FILED
2019 JUN 19 PM 1:32
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-19-CR- |
| Plaintiff, | § § § | **INDICTMENT** |
| v. | § § | CT 1: 8 U.S.C. § 1326(a) – Illegal Re-Entry |
| EDGAR OCTAVIO HERNANDEZ-FLORES, | § § § | |
| Defendant. | § | |

**EP19CR1895**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(8 U.S.C. § 1326(a))

On or about May 26, 2019, in the Western District of Texas, Defendant,

**EDGAR OCTAVIO HERNANDEZ-FLORES,**

an alien, who had previously been excluded, deported, and removed from the United States on or about January 15, 2012, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

**ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002**

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney